# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
TAWNYA ROBINSON  
2912 CLEVELAND AVE  
COLUMBUS, OH  432244415

Case No:  06-54511

Judge:  C KATHRYN PRESTON

SSN(S):    XXX-XX-0920

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  May 10, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| WORLDWIDE ASSET PURCHASING LLC<br>PO BOX 672047<br>MARIETTA, GA  30006 | 25.50 |